**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| POWER JAMB, LLC, and MICHAEL BISHOP,<br><br>       Plaintiffs,<br><br> - against-<br><br>THE CITY OF NEW YORK, THE NEW YORK CITY FIRE DEPARTMENT, THE NEW YORK CITY FIRE ACADEMY, CHIEF STEPHEN GERAGHTY, CHIEF THOMAS ROBSON, CAPTAIN ROBERT HIGGINS, FIREFIGHTER ROBERT RIVERA, AND "JOHN DOE," Nos. 1-10, individually and in their official capacities as employees of the City of New York,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   DOCKET NO.: _____<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for POWER JAMB, L.L.C., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Dated: New York, New York
   January 16, 2008

John A. Dalley (JD2397)

Attorney Bar Code: 2467652