Form 27 - GENERAL PURPOSE

**LAW OFFICE OF JOHN A DALLEY**
ATTN:
U.S. SOUTHERN DIST. COURT     NEW YORK COUNTY

---

POWER JAMB, LLC, ETANO                         plaintiff

- against -

THE CITY OF NEW YORK, ETAL                     defendant

Index No. 08 CV 0431

Date Filed ............

Office No.

Court Date:   /  /

---

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**JOEL GOLUB**   being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **22nd day of January, 2008** at **01:30 PM.**, at
**100 CHURCH ST, 4TH FL
NEW YORK, NY 10007**
I served a true copy of the
**SUMMONS AND VERIFIED COMPLAINT**

upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
**JERRY BRADSHAW, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
SEX: **MALE**        COLOR: **BLACK**       HAIR: **BALD**
APP. AGE: **45**     APP. HT: **5:9**       APP. WT: **175**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
24th day of January, 2008k

KENNETH WISSNER
Notary Public, State of New York
No. 01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JAD107623