Form 27 - GENERAL PURPOSE
      **LAW OFFICE OF JOHN A DALLEY**
      **ATTN:**
U.S.SOUTHERN DIST. COURT    NEW YORK   COUNTY
-----------------------------------------------

POWER JAMB, LLC, ETANO              plaintiff

         - against -

THE CITY OF NEW YORK, ETAL        defendant

Index No. **08 CV 0431**

Date Filed ............

Office No.

Court Date:  / /

-----------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**JOEL GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  **22nd day of January, 2008**    at  **01:30 pm.**,    at
    **100 CHURCH ST, 4TH FL.**
    **NEW YORK, NY 10007**
I served a true copy of the
    **SUMMONS AND VERIFIED COMPLAINT**

upon **THE NEW YORK CITY FIRE DEPARTMENT**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **JERRY BRADSHAW.,CLERK**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **MALE**        COLOR: **BLACK**        HAIR: **BALD**
    APP. AGE: **45**      APP. HT: **5:9**      APP. WT: **175**

OTHER IDENTIFYING FEATURES: **GLASSES**


Sworn to before me this
24th  day of  January, 2008kw

KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JAD107624