```
Form 02 - SUITABLE AGE           AETNA  CENTRAL  JUDICIAL  SERVICES
         LAW OFFICE OF JOHN A DALLEY
         ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK  COUNTY
---------------------------------------------------
                                                    Index No. 08 CV 0431
POWER JAMB, LLC, ETANO                  plaintiff
                                                    Date Filed ............
              - against -
                                                    Office No.
THE CITY OF NEW YORK, ETAL              defendant
                                                    Court Date:   / /
---------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
SHAWN D. FORBES    being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
24th day of January, 2008   11:41 AM              at
     %NYC FIRE DEPT.9 METRO TECH
     BROOKLYN, NY
I served the   SUMMONS AND VERIFIED COMPLAINT
upon CHIEF THOMAS ROBSON
the DEFENDANT   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     WILLIAM WALLACE--LEGAL CLERK & CO-WORKER
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE      COLOR: BROWN    HAIR: BLACK      AGE: 57   HEIGHT: 5:7   WEIGHT: 230
OTHER IDENTIFYING FEATURES: MUSTACHE
On 01/30/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
31st  day of  January,       2008i
                                                    ..........................
KENNETH WISSNER
Notary Public, State of New York            SHAWN D. FORBES   1002608
   No.01WI4714130                           AETNA  CENTRAL  JUDICIAL  SERVICES
Qualified in NEW YORK COUNTY                225 BROADWAY, SUITE 1802
Commission Expires 03/30/2010               NEW YORK, NY, 10007
                                            Reference No: 3JAD107627
```