```
Form 02 - SUITABLE AGE           AETNA CENTRAL JUDICIAL SERVICES
        LAW OFFICE OF JOHN A DALLEY
        ATTN:
U.S.SOUTHERN DIST. COURT         NEW YORK     COUNTY
-------------------------------------------------------
                                                        Index No. 08 CV 0431
POWER JAMB, LLC, ETANO                       plaintiff
                                                        Date Filed  ...........
            - against -
                                                        Office No.
THE CITY OF NEW YORK, ETAL                  defendant
                                                        Court Date:    / /
-------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:
SHAWN D. FORBES      being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
24th day of January, 2008  11:41 AM          at
     %NYC FIRE DEPT. 9 METRO TECH
     BROOKLYN, NY
I served the   SUMMONS AND VERIFIED COMPLAINT
upon CHIEF STEPHAN GERAGHTY
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     WILLIAM WALLACE--LEGAL CLERK & CO-WORKER
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE      COLOR: BROWN    HAIR: BLACK    AGE: 57  HEIGHT: 5:7    WEIGHT: 230
OTHER IDENTIFYING FEATURES: MUSTACHE
On 01/30/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
31st  day of  January,        2008i
                                               SHAWN D. FORBES   1002608
KENNETH WISSNER                                AETNA  CENTRAL  JUDICIAL   SERVICES
Notary Public, State of New York               225 BROADWAY, SUITE 1802
    No.01WI4714130                             NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY                   Reference No: 3JAD107626
Commission Expires 03/30/2010
```