Form 05 - SUITABLE WITH MAILING
**LAW OFFICE OF JOHN A DALLEY**
**ATTN:**
U.S. SOUTHERN DIST. COURT     NEW YORK COUNTY

---

POWER JAMB, LLC, ETANO                      plaintiff

   - against -

THE CITY OF NEW YORK, ETAL                  defendant

Index No. 08 CV 0431
Date Filed ............
Office No.
Court Date:    / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**SHAWN D. FORBES**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **24th** day of **January, 2008   11:41 AM**    at
   **%NYC FIRE DEPT.9 METRO TECH**
   **BROOKLYN, NY**
I served the **SUMMONS AND VERIFIED COMPLAINT**
upon **"JOHN DOE"**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with
   **WILLIAM WALLACE--LEGAL CLERK & CO-WORKER**
a person of suitable age and discretion.
   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**    COLOR: **BROWN**    HAIR: **BLACK**    AGE: **57**    HEIGHT: **5:7**    WEIGHT: **230**
OTHER IDENTIFYING FEATURES: **MUSTACHE**

On **01/30/2008** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.

That address being **actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
31st day of January,    2008i

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

SHAWN D. FORBES   1002608
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JAD107630