9 12127881633   NYC LAW DEPT                                    02:40:11 p.m.   02-12-2008   1/1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

POWER JAMB, LLC, and MICHAEL BISHOP,

                Plaintiffs,

   -against-                          08 Civ.00431(LAK)

THE CITY OF NEW YORK, et al.,            STIPULATION

                Defendants.
------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that Defendants' time to answer the complaint in the above-referenced action be, and the same hereby is, extended to and including March 12, 2008.

Dated: New York, New York
          February 12, 2008

BY: _____      BY: _____
John A. Dalley (JD2397)           Gerald E. Singleton (GS4750)
521 Fifth Avenue, 28th Floor     New York City Law Department
New York, NY 10175              100 Church Street
(212) 931-5500 ext. 207         New York, NY 10007
jdalley1@nyc.rr.com             (212) 788-0760
Attorneys for Plaintiffs         gsinglet@law.nyc.gov
                                               Attorneys for Defendants

SO ORDERED: _____

Lewis A. Kaplan
United States District Judge

2/15/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08