UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
POWER JAMB, L.L.C., et ano.,

                Plaintiffs,

    -against-                                   08 Civ. 431 (LAK)

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 2/28/08

## ORDER

       The Clerk of Court is directed to transfer the designation of this case from Magistrate Judge Gorenstein to Magistrate Judge Peck.

       SO ORDERED.

Dated:      February 28, 2008

_____
Lewis A. Kaplan
United States District Judge