UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Power Jamb LLC

               Plaintiff(s),

- against -

The City of New York et al

               Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

08 Civ. 00431 (LAK)(AJP)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address 521 Fifth Avenue 28th Floor
New York NY 10175
Telephone (212) 731-5500

_____
Attorney(s) for Defendant(s)
Address [illegible] Street, NY NY [illegible]
Telephone (212) 788-[illegible]

_____
Attorney(s) for _____
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____
               U.S.D.J.

Magistrate Judge __Peck__ was assigned this case on __2/28/08__.

For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99