UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

POWER JAMB, L.L.C. & MICHAEL BISHOP,    :

           Plaintiffs,    :    08 Civ. 0431 (AJP)

      -against-    :    ORDER RESCHEDULING
                                       SETTLEMENT CONFERENCE

THE CITY OF NEW YORK, et al.,    :

           Defendants.    :

------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/9/08

**ANDREW J. PECK, United States Magistrate Judge:**

       The settlement conference originally scheduled for April 17, 2008 is rescheduled to **April 21, 2008 at 2:00 p.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

       SO ORDERED.

DATED:    New York, New York
               April 9, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   John A. Dalley, Esq.
                                  Gerald E. Singleton, Esq.

C:\ORD\