UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

POWER JAMB, L.L.C. & MICHAEL BISHOP,           :

                Plaintiffs,           :      08 Civ. 0431 (AJP)

        -against-                                :      **ORDER OF DISMISSAL ON CONSENT**

THE CITY OF NEW YORK, THE NEW YORK             :
CITY FIRE DEPARTMENT, et al.,
                                      :
                Defendants.
                                      :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 4/21/08

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on April 21, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:      New York, New York
                 April 21, 2008

                                          Andrew J. Peck
                                          United States Magistrate Judge

Copies **by fax & ECF** to:    John A. Dalley, Esq.
                                   Gerald E. Singleton, Esq.

C:\ORD\DISMISS